No. 76–726. United States v. Empire Gas Corp. C. A. 8th Cir. Certiorari denied. Mr. Justice Brennan and Mr. Justice White would grant certiorari.

No. 76–739. Olson Farms, Inc. v. Cackling Acres, Inc., et al. C. A. 10th Cir. Certiorari denied. Mr. Justice Stevens took no part in the consideration or decision of this petition.

No. 76–800. Allen et al. v. Eastman Kodak Co. et al. Sup. Ct. Ohio. Certiorari denied. Mr. Justice Powell took no part in the consideration or decision of this petition.